

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JAN 14 2008
Jan 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_Buddy W. Marts:_

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

_Michael D. Hawley_

**08CV301**
**JUDGE ASPEN**
**MAG. JUDGE COLE**

(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

__X__    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
         U.S. Code (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Buddy W. Marts.

B. List all aliases: N/A.

C. Prisoner identification number: Bo7827.

D. Place of present confinement: Jacksonville, C.C.

E. Address: 2268. E. Morton, Av, Jacksonville, Il, 62650.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Michael D. Hawley.

Title: Internal Affairs.

Place of Employment: Taylorville, C.C.

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _____N/A_____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____N/A_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____N/A_____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____N/A_____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Buddy, W. Marts, was wrongfully classified as a security Threat Group on-Nov-14-07 at Taylorville C.C By a officer named Michael D. Hawley I have the paper work and a Disciplinary Report saying I AM a S.T.G with the officer's signature. I Buddy w marts have Never in my Life was in no kind of Group's in my Life, so I wont To File a Lawsuit For puting False INFormation asest me. And I would Like To have Legal-matter's Takeing and I request The court To Appoint me counsel in this matter.
　　　　I awaiting your help.
　　　　　　　　Thank you.

4　　　　　　　　　　　　　　　　Revised 9/2007

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Buddy W. Mart would like the court to Grant me a Law suit For Being Worng-Fully acuse of being a member of a S.T.G and For puting False INFormation arest me. By TAylorville correctional center officer Michael D. Hawkey. Thank you.

VI.  The plaintiff demands that the case be tried by a jury.   ☐ YES   ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _1_ day of _08_, 20_08_

_Buddy W. Marks_
(Signature of plaintiff or plaintiffs)

_Buddy W. MARks_
(Print name)

_B07827_
(I.D. Number)

_Jacksonville, C.C._

_2268. E. morton. Av. Jacksonville Il 62650_
(Address)

SB-6-14

**State of Illinois — Department of Corrections**
**DISCIPLINARY REPORT**

Page 1 of 2

[X] Disciplinary Report   Date: 15 Nov 07    [ ] Investigative Report   Date: _____

Committed Person: MARTS, BUDDY W.   No. B07827   Facility: TAY

Observation Date: 4 Nov 07   Time: 1:19 [X] am [ ] pm   Location: IA/INTEL

PRINT Employee's Name: C.O. M. Hawley 10622   Employee's Signature: C.O. M. Hawley   Date: 15 Nov 07   Time: 8:45 [X] am [ ] pm

Offense: 303 - GIVING FALSE INFORMATION TO AN EMPLOYEE

Observation: On the above date, approximate time and location inmate MARTS B07827 was interviewed about the teardrop tattoo under the right corner of Marts right eye. The teardrop tattoo (not filled in) is consistent with representation of a fellow deceased member of a Security Threat Group.

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

[ ] Temporary Confinement   [ ] Investigative Status
Reasons: _____

PRINT Name: _____   Shift Supervisor's Signature: _____   Date: _____
(For Community Correctional Centers, Chief Adm. Off.)

[ ] Confinement Reviewed by Reviewing Officer   Comments: _____

PRINT Name: _____   Signature: _____   Date: _____

[X] MAJOR, submitted to Adjustment Committee   [ ] MINOR, submitted to Program Unit

PRINT Name: Major D. Clark   Signature: _____   Date: 11/15/07

[ ] Reviewed by Hearing Investigator:
(Adult Division Major Reports Only)   PRINT Name: _____   Signature: _____   Date: _____

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS**

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person's Signature: Buddy Marts   Number: B07827   Committed Person Refused to Sign [ ]

PRINT Serving Employee's Name: _____   Serving Employee's Signature: _____   Date: 11/15/07   Time Served: 4:30 [ ] am [X] pm

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender/Date: _____   Committed Person's Signature: _____   Number: _____

(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____
Date

NAME OF WITNESS: _____   Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____   Number/Cell/Title: _____

Witness can testify to: _____

Committed Person's Name: _____   Number: _____

DC 7205 (Rev. 8/00)   Distribution:   1) Master File  2) Committed Person
IL 424—361                               3) Facility  4) Facility

State of Illinois—Department of Corrections
## DISCIPLINARY REPORT

Page 2 of 2

☒ Disciplinary Report  ☐ Investigative Report

Committed Person: MARTS, Buddy W   No. B07827   Facility: TAY
Observation Date: 14 Nov 07   Time: 1:19 ☐ am ☒ pm   Location: I.A / INTEL

When inmate Marts B07827 was asked by this Officer why he had the teardrop tattoo, MARTS replied "It's a dot". Later during the interview MARTS divulged that the tattoo was indeed a teardrop in remembrance of MARTS's deceased brother. MARTS disclosed that he received the teardrop tattoo and several other tattoos while incarcerated at the new Illinois C.C. MARTS would not/could not name the inmate that did the tattooing. MARTS denies any S.T.G. affiliation.

This Officer recommends a Disciplinary Transfer for inmate MARTS for the teardrop tattoo that appears to be S.T.G. related.

DC 7212 (Rev. 8/00)   Distribution: 1) Master File  2) Committed Person  3) Facility  4) Facility
IL 426—11612

# STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Name: MARTS, BUDDY W           IDOC Number: B07827           Race: WHI
Hearing Date/Time: 11/21/2007  08:30 AM    Living Unit: TAY-5B-06-19    Orientation Status: N/A
Incident Number: 200701580/1 - TAY         Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 11/14/2007 | 200701580/1-TAY | HAWLEY, MICHAEL D | INTERNAL AFFAIRS | 01:19 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 303 | Giving False Information To An Employee | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

No Witness Requested

### RECORD OF PROCEEDINGS
IDR read, inmate stated he is not guilty. Inmate stated he is not now nor has he ever been affiliated with a security threat group. Inmate stated when asked about his tattoo inmate responded that it was a teardrop in memory of his brother.

### BASIS FOR DECISION
Committee finds inmate guilty based on observation of reporting staff, Internal affairs Officer Hawley, which indicated inmate said a tattoo under his eye was a "dot" not a "teardrop" later admitting it was a "teardrop" and inmate's admission he has a teardrop tattoo under the corner of his eye which inmate stated he received while in prison and in memory of his brother.

### DISCIPLINARY ACTION (Consecutive to any priors)

**RECOMMENDED**
1 Months B Grade
Transfer (Disciplinary)
Basis for Discipline: nature of offense

**FINAL**
1 Months B Grade
Transfer (Disciplinary)

### Signatures
**Hearing Committee**

CERVANTES, RICHARD A - Chair Person    Signature    11/21/07    HSP

CREEK, SUSAN I    Signature    11/21/07    WHI

Recommended Action Approved

**Final Comments:** N/A

GREGORY C SIMS / AWS  11/21/2007    Signature    11/21/07
Chief Administrative Officer

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

_____ #1079    11-26-07
Employee Serving Copy to Committed Person    When Served -- Date and Time

Run Date: 11/21/2007 10:46:07    Page 1 of 1

Dear clerk of court,                               1-8-08

 I Buddy W. Marts.

is sending you the paper work you sent me to Filed out, I did the bese of my knowledge, and I am sending you a copy of The Disciplinary Report that was put on me and a copy of the adjustment committee summary Report,
and I would like a copy of The paper's I sent you when you get them please.
    Now I awaiting your Help.
                Thank you,

ps.
   Sorry the paper work is Late,