PRISONER CASE





# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

FILED

JAN 1 4 2008
Jan 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| **Plaintiff(s):** BUDDY W. MARTS | **Defendant(s):** MICHAEL D. HAWLEY |
|---|---|
| **County of Residence:** MORGAN | **County of Residence:** |
| **Plaintiff's Address:** Buddy W. Marts<br>B-07827<br>Jacksonville - JAK<br>2268 East Morton Avenue<br>Jacksonville, IL 62650 | **Defendant's Attorney:** Illinois Department of Corrections<br>100 West Randolph, Suite 4-200<br>Chicago, IL 60601 |

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only**

Plaintiff:

Defendant:

# 08CV301
# JUDGE ASPEN
# MAG. JUDGE COLE

**Origin:**

☑ 1. Original Proceeding

☐ 2. Removed From State Court

☐ 3. Remanded From Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred From Other District

☐ 6. MultiDistrict Litigation

☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** *A. E. Woodham*    **Date:** 01/14/2008