**FILED**

JAN 1 4 2008 aew

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

Buddy, W, marts,

v.
michael-D. Hawley
c

08CV301
JUDGE ASPEN
MAG. JUDGE COLE

Defendant(s)

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1.  I, _Buddy W. MARTS,_ declare that I am the (check appropriate box)
    [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford
    the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3.  In further support of my motion, I declare that (check appropriate box):
    [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court
    in this or any other civil or criminal proceeding before this Court.

    [ ] I am currently, or previously have been, represented by an attorney appointed by the Court
    in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):
    [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding
    detailing my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and
    it is a true and correct representation of my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
    However, my financial status has changed and I have attached an Amended Application to Proceed *In
    Forma Pauperis* to reflect my current financial status.

5.  I declare under penalty that the foregoing is true and correct.

_Buddy W. Marts_
Movant's Signature

_1 - 8 -08_
Date

_Jacksonville C.C_
_2268, E Morton Av,_
Street Address

_Jacksonville Il 62638,_
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____     Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____     Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____     Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____     Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐