

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
     **CLERK**

February 7th, 2008

**Pamela E. Robinson, Clerk of Court**

151 U.S. Courthouse
600 E. Monroe Street
Springfield IL 62701

RE:    Buddy W. Marks v. Michael D. Hawley

Case No:    08 cv 301

Dear Clerk:

Pursuant to the order entered by Judge Aspen on 1/24/08, the above record

■    was electronically transmitted to Central District of Illinois, Springfield.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:    / s/ Karen Tapia
            Deputy Clerk

Enclosures

New Case No. _____        Date _____

c:    Non-ECF Attorneys and Pro se Parties